IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUN -8 PM 3: 35

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CR. NO. 04-20241 |
| CURTIS BYRD, | ) | |
| Defendant. | ) | |

## ORDER DISMISSING DEFENDANT'S MOTION IN LIMINE

Before the Court is a motion in limine of the Defendant, Curtis Byrd, to prohibit certain testimony being offered by the government at trial. On June 8, 2005, defense counsel, Randall Salky, appeared before the Court and advised that because his client had indicated a desire to proceed with his case non-jury, he requested that his motion in limine be withdrawn.

Accordingly, based upon the defendant's oral motion to withdraw his previously filed motion in limine, the GRANTS the motion and dismisses Byrd's motion in limine of June 2, 2005.

IT IS SO ORDERED this 8th day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-9-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 78 in case 2:04-CR-20241 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
266 S. Front St.
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT