IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL -7 AM 6:46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) Cr. No. 04-20241-B/P
)
CURTIS BYRD, )
)
Defendant. )
)

## ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW REPRESENTATION

Before the court is defendant's Motion to Withdraw Representation, filed June 27, 2005 (dkt #94). Counsel notified the Court that he is moving out of state beginning July 15, 2005, therefore, the motion is GRANTED. The Clerk of Court is to appoint new counsel from the CJA Panel to represent the defendant in this matter.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

Date July 6, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 98 in case 2:04-CR-20241 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
266 S. Front St.
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Honorable J. Breen
US DISTRICT COURT