IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

vs.                                             No. 04 - 20241 - B

CURTIS BYRD,

      Defendant.

### ORDER AUTHORIZING EXCESS FEE PAYMENT

Before the Court is the June 28, 2005 *ex parte* memorandum of counsel for the defendant Curtis Byrd requesting excess fee payment. For good cause shown, the motion is granted. Counsel for the defendant is authorized to submit his CJA 20 voucher for excess fee compensation.

IT IS SO ORDERED.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

8/31/05
DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-6-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 104 in case 2:04-CR-20241 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Honorable J. Breen
US DISTRICT COURT