IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 17 PM 3: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CURTIS BYRD,                          )
                                      )
                Plaintiff,            )
                                      )
vs.                                   )     Cr. No. 04-20241-B/P
                                      )
UNITED STATES OF AMERICA,             )
                                      )
                Defendant.            )
                                      )

---

## ORDER GRANTING DEFENDANT BYRD'S MOTION FOR A BILL OF PARTICULARS

Before the court is defendant Curtis Byrd, Jr.'s Motion for a Bill of Particulars, filed August 26, 2005 (dkt #100). In his motion, defendant Byrd asks the court to order the government to file a Bill of Particulars setting out specific details of the allegations against him, as set forth in paragraphs 1 through 8 of his motion. This motion was referred to the United States Magistrate Judge for determination.

Local Rule 12.1(c) provides that if a party opposes a motion, it shall file a response within eleven days after the motion is served. "Failure to file a response will constitute a waiver of any objections which the party may have to a motion." See LCrR12.1(c). The government did not file a response within this eleven-day period. On September 14, 2005, the court entered an order directing the government to respond to Byrd's motion within

eleven days.   To date, the government has not filed a response to the motion or responded to the court's order.

Byrd's motion is GRANTED.   The government is ordered to file a Bill of Particulars within eleven (11) days from the date of this order, setting out specific details of the allegations as requested in paragraphs 1 through 8 of Byrd's motion.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

October 17, 2005
Date

-2-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 110 in case 2:04-CR-20241 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable J. Breen
US DISTRICT COURT