IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR. No. 04-20241-B/P |
| ) | |
| CURTIS BYRD, ) | |
| ) | |
| Defendant. ) | |

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANT'S MOTION FOR BILL OF PARTICULARS

Before the court is defendant United States of America's Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Bill of Particulars, filed October 27, 2005 (Dkt #111). For good cause shown and no opposition to, defendant's motion is hereby GRANTED. Defendant shall have up to and including November 16, 2005, to respond defendant's Bill of Particulars.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

November 1, 2005
Date

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 113 in case 2:04-CR-20241 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT