IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 04-20241-B |
| CURTIS BYRD, ) | |
| Defendant. ) | |

## ORDER ON CHANGE OF PLEA AND SETTING

This cause came to be heard on November 16, 2005, the United States Attorney for this district, Camille McMullen, appearing for the Government and the defendant, Curtis Byrd, appearing in person, and with counsel, Michael Stengel, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **THURSDAY, FEBRUARY 23, 2006, at 1:30 P.M., in Courtroom No. 1, on the 11th floor before Judge J. Daniel Breen.**

Defendant is allowed to remain released on present bond.

**ENTERED** this the 16 day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-17-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 119 in case 2:04-CR-20241 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT